# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Cameron Spencer, Jr.    *// DLI*<br>Date of Original Judgment: March **1**, 2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 06-CR-413-1(S-1)<br>USM No: 74326-053<br>Lawrence M. Stern, Esq.<br>Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐  DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   60   months **is reduced to**   47 months on Count One ONLY   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 3/11/09 *DLI* (3/6/09 struck) shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 28, 2012

Effective Date: _____
*(if different from order date)*

S/ Dora L. Irizarry

_____
*Judge's signature*

Dora Lizette Irizarry, U. S. District Judge, EDNY
*Printed name and title*

